IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE J. HARRIS                                                                    PETITIONER
ADC #144001

V.                              5:11cv00175 BSM/JTR

RAY HOBBS, Director,                                                              RESPONDENT
Arkansas Department of Correction

ORDER

Respondent has filed a Response (docket entry #6) arguing that Petitioner's 28 U.S.C. § 2254 habeas petition is untimely under the one-year statute of limitations set forth in 28 U.S.C. § 2244(d). Alternatively, Respondent argues that Petitioner's claims are procedurally defaulted because he failed to first raise them in a proper and timely state court post-conviction proceeding. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before September 19, 2011,** a Reply addressing these arguments for dismissal.

DATED THIS 18th DAY OF August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE