IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE J. HARRIS
ADC #144001 PETITIONER

V. 5:11CV00175 JTR

RAY HOBBS, Director,
Arkansas Department of Correction RESPONDENT

**JUDGMENT**

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 29th day of November, 2011.

J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE